United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESSIE MARIE ROSAS,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:16-cv-00064 |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>Defendant. | § § § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 15) dismissing the Plaintiff's "Complaint" (Dkt. No. 1). No objections have been filed; the time for filing objections has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that the Commissioner's decision to deny Plaintiff's claims is **AFFIRMED**. The Clerk of Court is hereby ordered to close this case.

Signed on this \_\_24th\_\_ day of \_\_August\_\_, 2017.

Rolando Olvera
United States District Judge